DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS HERNANDEZ-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0362 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| JUAN CARLOS HERNANDEZ-GOMEZ, | Date: April 15, 2011 |
| Defendant. | Time: 8:45 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Carlos Hernandez-Gomez, that the hearing currently set for March 25, 2011 at 9:00 a.m., **may be rescheduled to April 15, 2011 at 8:45 a.m.**

This continuance is at the request of counsel for defendant to allow Kern Valley State Prison time to retrieve its records in support of the July 26, 2000 entry in Mr. Hernandez-Gomez's State of California Chronological History, which reads "Wanted by USINS #A76269349." The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: March 22, 2011                      /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated:  March 22, 2011                    /s/ Peggy Sasso
                                                PEGGY SASSO
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JUAN CARLOS HERNANDEZ-GOMEZ

## ORDER

**Good cause exists for the request.  Time is excluded for the factual reasons** stated in the stipulation.

           IT IS SO ORDERED.

**Dated:     March 22, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE