DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN CARLOS HERNANDEZ-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0362 LJO |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER |
| JUAN CARLOS HERNANDEZ-GOMEZ, | |
| Defendant. | Date: April 1, 2011<br>Time: 8:45 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Juan Carlos Hernandez-Gomez, that the hearing currently set for April 15, 2011 at 8:45 a.m., **may be advanced and rescheduled to April 1, 2011 at 8:45 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on April 1, 2011.

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: March 30, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: March 30, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUAN CARLOS HERNANDEZ-GOMEZ |

**ORDER**

**GRANTED.**

IT IS SO ORDERED.

**Dated:   March 30, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE